■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK D. FORD, Appellant.—Appeal by defendant (by permission) from an order of the County Court, Orange County, dated September 11, 1974, which denied, without a hearing, his motion to vacate a judgment of the same court rendered November 16, 1972. Order affirmed. In our opinion, the determination of the County Court was proper (see CPL 440.10, subd 2, par [c]). Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.